[No. 14055–8–I. Division One. February 18, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. STACY ARLIN SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02386–2, Patricia H. Aitken, J., entered December 2, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 14408–1–I. Division One. February 18, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HERBERT MICHAEL ST. OURS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02723–0, Charles V. Johnson, J., entered January 31, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 12917–1–I. Division One. February 18, 1986.]

FLORENCE NICHOLS, *Respondent,* v. WHATCOM COUNTY, *Appellant.*

Appeal from judgments of the Superior Court for Skagit County, No. 43197, Harry A. Follman, J., entered February 10 and March 3, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., Coleman, J., dissenting.